## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 07-31729 |
| Harry B. Brannon, Jr. } | |
| Shiela R. Brannon } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO MODIFY DEBTOR'S CONFIRMED CHAPTER 13 PLAN

COMES now the Debtor, by and through attorney, and hereby files an Objection to the Trustee's Motion to Modify Debtor's Confirmed Chapter 13 Plan and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on November 2, 2007.

2. Debtor's wife passed away on February 24, 2010 and her debt was due to be discharged, which a Suggestion of Death was filed on March 24, 2010.

3. The Debtor cannot afford for his payment to be raised since he only has one income now and Debtor has requested his plan be modified.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 16 day of June, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs